IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BILLY D. HARP, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-209-Z |
| STATE FARM LLOYDS, | |
| Defendant. | |

## NOTICE

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation") (ECF No. 9), filed on February 15, 2024. Parties "announce to the Court that [they] have resolved all claims in this matter." *Id.* at 1. Accordingly, "Plaintiffs and Defendant hereby move that this matter be dismissed, with prejudice, as to any and all claims . . . ." *Id.*

A plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court finds that these claims were dismissed "upon the filing of the [S]tipulation" on February 15, 2024. *Emerson v. City of Richardson, Texas*, No. 3:23-CV-399-S-BN, 2023 WL 6149198, at *1 (N.D. Tex. Sept. 20, 2023). And because the Stipulation concerns all remaining claims in this case, the Court **DIRECTS** the Clerk to **CLOSE** the above-styled case.

The Court issues notice accordingly.

February 22, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE